FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

NOV 18 2005  3:45 pm

Stephan Harris, Clerk
Casper

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| PAXTON RESOURCES L.L.C, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 05-CV-197 |
| ) | |
| WILLIAMS, PORTER, DAY & NEVILLE, ) | |
| P.C., KEVIN D. HUBER, and P. CRAIG ) | |
| SILVA, ) | |
| ) | |
| Defendant(s). ) | |

### ORDER ASSIGNING CASE FOR ALL PURPOSES

The above-captioned matter having come to the attention of the Court upon filing of the Complaint on July 18, 2005; and the Court having conferred with the Judges of this District about assignment of this matter to a judicial officer outside the District of Wyoming; and the undersigned having been advised that The Honorable Walker D. Miller from the District of Colorado has agreed to serve as trial judge on assignment to the District of Wyoming; and the Court being fully advised; it is

ORDERED that the above entitled matter should be and is assigned to the Honorable Walker D. Miller, United States District Judge, District of Colorado, for all purposes; and it is

FURTHER ORDERED that the Clerk of the District Court for the District of Wyoming shall promptly copy and forward all pleadings, motions and briefs that are

filed in the above-captioned matter to the Honorable Walker D. Miller, at 901 19th Street, A938, Denver, Colorado 80294.

DATED this 18th day of November, 2005.

*[signature]*
Chief Judge
District of Wyoming